32 So.2d 186
**Earl SWINDLE v. STATE.**
6 Div. 384.

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

32 So.2d 186
**Earl SWINDLE v. STATE.**
6 Div. 385.

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

32 So.2d 186
**Earl SWINDLE v. STATE.**
6 Div. 386.

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

29 So.2d 906
**James T. TAFT v. STATE.**
I Div. 546.

Court of Appeals of Alabama.
March 11, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed, motion of appellant.

29 So.2d 906
**Earnest TATE v. STATE.**
6 Div. 339.

Court of Appeals of Alabama.
Jan. 14, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

36 So.2d 611
**Otis TAYLOR v. STATE.**
8 Div. 625.

Court of Appeals of Alabama.
May 25, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.